## ANONYMOUS.

A certiorari to remove an indictment may be granted by a judge of the Supreme Court at chambers.

---

*R. Stockton* stated that he wished to obtain a certiorari to remove an indictment, but was not prepared to move for it at this time, and wished to know if it could be granted by a judge at chambers.

\*The CHIEF JUSTICE said the certiorari could be [\*3 allowed by a judge at chambers. Such had been the construction given to the act; and the court had no doubt it was the proper construction.